IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Gregory Tarrent Edwards

Debtor

Bankruptcy No. 17-21171
Judge Timothy A. Barnes
Chapter: 13

## AGREED ORDER CONDITIONING AUTOMATIC STAY

This cause coming to be heard on the motion of Federal National Mortgage Association

("Fannie Mae"), a corporation organized and existing under the laws of the United States of

America ("Creditor"), through its attorney, Kenneth W. Bach of Johnson, Blumberg &

Associates, LLC, for relief from the automatic stay, the court being fully advised;

IT IS ORDERED:

1. The Debtor shall cure the default of $3,409.80 through July 1, 2018 (with said sum including

   reimbursement to the Movant for its attorney's fee and cost of this motion of $1,031.00) by

   monthly payments on the following schedule:

   | | | |
   |---|---|---|
   | A. | On or before August 1, 2018 | $568.30 |
   | B. | On or before September 1, 2018 | $568.30 |
   | C. | On or before October 1, 2018 | $568.30 |
   | D. | On or before November 1, 2018 | $568.30 |
   | E. | On or before December 1, 2018 | $568.30 |
   | F. | On or before January 1, 2019 | $568.30 |

   These payments are in addition to the regular monthly mortgage payments due under the
   terms of the note and mortgage.  If the Debtor fails to tender the above payments, then the
   default provisions of paragraph 3, below, shall apply.


2. Effective August 1, 2018, and thereafter, if the Debtor fails to tender the monthly installment

   payments due to Creditor such that two monthly mortgage payments are due and not fully

   paid, then the default provisions of paragraph 3, below shall apply.

3.  If the Debtor fails to comply with the terms of paragraphs 1 or 2, above, then the automatic stay shall be modified, without further order of court, to allow Creditor to exercise any and all of its state law remedies to obtain foreclose, evict or take any other action to preserve and protect its interest with respect to the real property commonly known as 14609 Union Ave, Harvey, Illinois 60426, provided that written notice of default is mailed to the Debtor and Debtor's attorney and the default specified in the notice is not cured within 15 days of the mailing of the notice.  When cure is made pursuant to this paragraph, the monthly mortgage payments due shall be made in certified funds payable to the Creditor above and tendered at the offices of Johnson, Blumberg & Associates, LLC, at the address below and must be received  prior to the expiration of the 15-day notice period to cure the stated default.

4.  For the purpose of determining when the automatic stay is modified, the automatic stay is deemed modified upon the filing of a Notice of Termination after the expiration of the 15-day period.

5.  If the automatic stay is modified pursuant to the above default provisions, then the Chapter 13 Trustee shall make no further payment on the arrears claim of Creditor (claim number 10).

Date: _____**19 JUL 2018**_____          Enter: _____

                                                            Judge Timothy A. Barnes

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711